# Third District Court of Appeal
## State of Florida

Opinion filed December 31, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0706
Lower Tribunal No. 20-CF-100-A-M
_____

**Adam Angerman,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Monroe County, James W. Morgan, III, Judge.

Brooke Elvington Appellate Law, and Brooke Elvington (Dunedin), for appellant.

James Uthmeier, Attorney General, and David Llanes, Assistant Attorney General, for appellee.

Before FERNANDEZ, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Concepcion v. State</u>, 188 So. 3d 5, 10 (Fla. 3d DCA 2016) ("The disparity between the State's pre-trial plea offer and the sentence imposed by the trial court after trial, standing alone, does not create a presumption of vindictiveness nor require resentencing."); <u>see also</u> <u>Linn v. State</u>, 921 So. 2d 830, 833 (Fla. 2d DCA 2006) (noting that element of knowledge may be proven by circumstantial evidence); <u>Washington v. State</u>, 737 So. 2d 1208, 1215–16 (Fla. 1st DCA 1999) ("The law is clear that a trial court should rarely, if ever, grant a motion for judgment of acquittal on the issue of intent. This is because proof of intent usually consists of the surrounding circumstances of the case." (citation omitted)).